UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OTTO G. SCHMIDTKE, III,

    Plaintiff,

v.   Case No. 5:10-cv-293-Oc-10GRJ

ED DEAN, in his official capacity as Sheriff of Marion County, Florida, MARION COUNTY SHERIFF'S OFFICE, DEPARTMENT OF INSURANCE DIVISION OF RISK MANAGEMENT, ROBERT YOUMANS, in his official and individual capacity, THOMAS TERRELL, in his official and individual capacity, JOSHUA A. PARKER, in his official and individual capacity, K-9 DOG SPEEDY,

    Defendants.

_____

ORDER

On March 9, 2012, this Court entered its Order (Doc. 50), directing Plaintiff to notify the Court as to whether he intends to employ counsel or continue to prosecute this case pro se. The Court stated that an earlier trial date will be scheduled if Plaintiff notifies the Court that he intends to obtain counsel. In Plaintiff's Response on Order Document #50 by Honorable U.S. Magistrate Judge Thomas B. Smith, Requesting as to Plaintiff's Intentions of Proceeding Pro Se or Employing Counsel, (Doc. No. 51), Plaintiff has informed the Court that he will be proceeding pro se and he has asked the Court to abate this case until after July 29, 2014 which is his projected release date from prison. Now, the Court directs the Defendants to notify the Court within FOURTEEN (14) DAYS of the date of this Order as to whether they oppose the relief requested by Plaintiff.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 21, 2012.

                                                        THOMAS B. SMITH
                                                        United States Magistrate Judge

Copies to:

    Pro Se Plaintiff
    All Counsel of Record