UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OTTO G. SCHMIDTKE, III,

    Plaintiff,

v.                                                    Case No. 5:10-cv-293-Oc-10TBS

ED DEAN, in his official capacity as Sheriff of Marion County, Florida, MARION COUNTY SHERIFF'S OFFICE, DEPARTMENT OF INSURANCE DIVISION OF RISK MANAGEMENT, ROBERT YOUMANS, in his official and individual capacity, THOMAS TERRELL, in his official and individual capacity, JOSHUA A. PARKER, in his official and individual capacity, K-9 DOG SPEEDY,

    Defendants.

_____

ORDER

      Pending before the Court is Plaintiff's Motion to Rehear Plaintiff's Response to Court Order. (Doc. 57).

      Plaintiff who is pro se, is currently incarcerated in the Florida State Prison in Lawtey, Florida with a projected release date of July 29, 2014. (Docs. 51 and 53). In its Order dated March 9, 2012, the Court asked the parties whether this case should be abated until Plaintiff is in the position to appear in Court for the purpose of prosecuting his claims. (Doc. 50). In response, Plaintiff asked the Court to abate his trial until after his projected release date. (Doc. 51). On March 27, 2012, the Court denied Plaintiff's request to abate his trial (Doc. 54) and the District Judge now has set this case for the trial term beginning September 4, 2012. (Doc. 55).

After this case was set for trial, Plaintiff filed the instant motion amending his previous request and asking that the Court abate the proceedings for six months so that he can retain counsel.  To the extent Plaintiff believes he needs additional time to prepare for trial, he should file a motion to continue the trial date established by the District Judge.

Now, Plaintiff's Motion to Rehear Plaintiff's Response to Court Order (Doc. 57) is due to be DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 4, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Pro se Plaintiff