UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OTTO G. SCHMIDTKE, III,

       Plaintiff,

vs.                                                        Case No. 5:10-cv-293-Oc-WTH-PRL

ROBERT YOUMANS, in his individual
capacity, THOMAS TERRELL, in his
individual capacity, and JOSHUA A.
PARKER, in his individual
capacity,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

       Plaintiff, through undersigned counsel, respectfully informs this Court that the parties have reached an agreement on the terms of a settlement in this case. The parties anticipate the settlement will be finalized and executed within the next two weeks, but certainly no later than the current trial date of February 25, 2013. In accordance with the terms of the final settlement agreement, the parties will file any necessary pleadings to terminate the case once the settlement has been finalized.

                                                                   Respectfully Submitted,

                                                                   /s/ Peter P. Sleasman
                                                                   Fla. Bar No. 0367931

                                                                   Kristen Cooley Lentz
                                                                   Fla. Bar No. 649635

                                                                   Florida Institutional Legal Services
                                                                   14260 W. Newberry Rd., # 412
                                                                   Newberry, FL 32669
                                                                   (352) 375-2494 (ph)
                                                                   (352) 331-5202 (f)
                                                                   klentz@filsinc.org
                                                                   psleasman@filsinc.org

                                                                   **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this pleading was electronically filed and served on counsel for Defendants on this 25th day of January 2013**.**

/s/ Peter P. Sleasman